UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE WAITE,

    Plaintiff,

v.                                              CASE NO.: 8:09-CV-02336-T-33AEP

FINANCIAL RECOVERY SERVICES, INC.

    Defendant.
_____/

**ORDER**

    Before the Court is Plaintiff's **Motion for Leave to Withdraw** (Dkt. No. 11), filed by attorney Matthew Kiverts, of Krohn & Moss, Ltd. Attorney Kiverts requests that the Court grant him leave to withdraw as attorney of record for Plaintiff. However, the Motion for Leave to Withdraw is deficient in two respects. First, Mr. Kiverts fails to indicate whether his client has been notified of his intent to withdraw as required by Local Rule 2.03(b). Second, Mr. Kiverts fails to indicate whether opposing counsel has been notified, or objects to, the relief sought by the instant motion as required by Local Rules 2.03(b) and 3.01(g).

    Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to Withdraw (Dkt. No. 11) is **DENIED WITHOUT PREJUDICE**.

    **Done and Ordered** in Tampa, Florida, this 28th day of April, 2010.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Counsel of Record