**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANNETTE WAITE,

    Plaintiff,                                 CASE NO. **8:09-cv-02336-VMC-AEP**

v.

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.
_____/

**DECLARATION OF PLAINTIFF, ANNETTE WAITE, IN SUPPORT OF HER
RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, ANNETTE WAITE, declare as follows:

1. I am the Plaintiff in this proceeding.

2. I make this Declaration in support of my Response in Opposition to Defendant's Motion for Summary Judgment, filed by Defendant on August 4, 2010.

3. I have personal knowledge of the facts stated in my Declaration.

4. The facts stated in my Declaration are true to the best of my knowledge.

5. Financial Recovery Services placed constant and continuous calls to me, to my home telephone number, from February 2009 to November 2009.

6. I knew it was Financial Recovery Services calling because the representative who left the voice messages said they were calling from Financial Recovery Services.

7. When the representatives from Financial Recovery Services would call and hang up without leaving a voice message, I recognized the phone number on my caller ID as Financial Recovery Services' phone number because it was the same phone

number that came up on my caller ID when representatives from Financial Recovery Services would call and leave voice messages, which stated they were calling from Financial Recovery Services.

8. Financial Recovery Services' representatives would call for a period of time, then the calls would stop for a period of time, then the calls would start up again. I observed this general pattern of calls by Financial Recovery Services from February 2009 to November 2009.

9. During the periods of time when Financial Recovery Services called, Financial Recovery Services would call almost daily, and even several times in a single day.

10. Financial Recovery Services stopped calling me only after I filed a lawsuit against them.

11. I felt harassed by the excessive, constant, and continuous calls received from Financial Recovery Services.

I hereby declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 18th day of August, 2010, at Largo, Florida.

*[signature: Annette Waite]*

ANNETTE WAITE