**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANNETTE WAITE,

    Plaintiff,

v.                                CASE NO. **8:09-cv-02336-VMC-AEP**

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

_____/

**NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY**
**IN SUPPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, Annette Waite, ("Plaintiff"), hereby provides the following supplemental authority in support of her Response in Opposition to Defendant's Motion for Summary Judgment filed by Plaintiff on August 8, 2010:

    1.    *Brown v. Hosto & Buchan, PLLC,* No. 2:10-cv-02497 (W.D. Tenn. 2010) (plaintiff alleged defendant called her seventeen times in a period of one month and court held that the frequency of defendant's calls to plaintiff's telephone and the manner in which defendant called plaintiff's telephone using an automatic telephone dialing systems could plausibly cause an unsophisticated consumer to feel harassed, oppressed, or abused), attached hereto as Exhibit A.

RESPECTFULLY,

RESPECTFULLY SUBMITTED,

By: /s/ *James Pacitti*
[ ] James Pacitti
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.,
Suite 401
Los Angeles, CA 90025
323-988-2400 x230
jpacitti@consumerlawcenter.com
FBN:  119768

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the counsel(s) of record for Defendant via the Court's Electronic Court Filing ECF/CM system on November 23, 2010.

By: /s/ *James Pacitti*
James Pacitti